**Order entered April 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01143-CV

**CLINTON ADAMS, Appellant**

**V.**

**CITY OF DALLAS, TEXAS, Appellee**

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-00321-B**

## ORDER

Appellant's brief was tendered to the Clerk of the Court December 17, 2014, but was not filed because it was late and no extension motion accompanied the brief. *See* TEX. R. APP. P. 38.6(d). A week later, on December 23, 2014, appellee tendered its brief to the Clerk of the Court, but it was not filed since appellant's brief was not filed. On April 28, 2015, appellant filed an unopposed extension motion. We **GRANT** the motion and **ORDER** both briefs filed as of the date of this order.

This appeal will be submitted in due course.

/s/     CRAIG STODDART
        JUSTICE